UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| MARY JANE WALSH | : | CASE NO. 5-23-00760 |
| | : | |
| Debtor | : | CHAPTER 13 |

*************************************************************************

| | | |
|---|---|---|
| BONIFERA, LLC | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| MARY JANE WALSH | : | |
| | : | |
| Respondents. | : | |

*************************************************************************

<u>REQUEST TO REMOVE FROM CASE FROM THE HEARING LIST</u>

*************************************************************************

\_\_\_\_  The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

  X    The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (check only one)

    _____  Thirty (30) days.

    \_\_\_X\_\_\_\_  Forty-five (45) days.

    _____  Sixty (60) days.

(2) If a Stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Date: April 17, 2024      /s/Tullio DeLuca
                                             Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
MARY JANE WALSH : CASE NO. 5-23-00760
 :
                Debtor : CHAPTER 13
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

BONIFERA, LLC :
 :
                Movant, :
 :
vs. :
MARY JANE WALSH :
 :
                Respondents. :

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**CERTIFICATE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I hereby certify that I served a copy of this Request to Remove Matter from the Hearing List on the following CM/ECF users at the following address:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com

    Michael Farrington, Esq. at mfarrington@kmllawgroup.com

Date: April 17, 2024                 /s/Tullio DeLuca
                                            Tullio DeLuca, Esq.