# TULLIO DeLUCA
### ATTORNEY-AT-LAW
381 N. 9ᵀᴴ AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

May 1, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: Mary Jane Walsh**
             **Chapter 13 Bankruptcy**
             **Case no. 5:23-00760**

Dear Sir/Madam:

    I have received returned mail for Self Financial Inc., a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was 901 E 6ᵗʰ Street, Suite 400, Austin, TC 78701-3206. The correct information is as follows:

        Self Financial Inc.,
        901 East 6ᵗʰ Street, Suite 400
        Austin, TX 78701

I served the Notice to Creditors at the above address on April 19ᵗʰ, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/km