**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

May 8, 2024

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        **In Re: Mary Jane Walsh**
              **Chapter 13 Bankruptcy**
              **Case no. 5:23-00760**

Dear Sir/Madam:

    I have received returned mail for AT&T, a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was PO Box 755 Atwater, CA 95301-0755. The correct information is as follows:

        AT&T
        Attn: Bankruptcy
        2270 Lakeside Blv, 7th Floor
        Richardson, TX 75082

I served the Notice to Creditors at the above address on April 19th, 2024. Please correct the mailing matrix.

Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/km