# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   MARY JANE WALSH
MARY WALSH, MARY J. WALSH

                    Debtor(s)

                                          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                    Movant
vs.
MARY JANE WALSH                   CASE NO: 5-23-00760-MJC
MARY WALSH, MARY J. WALSH

                    Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on August 9, 2024, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:    August 9, 2024                  Respectfully submitted,

                                      /s/   Agatha R. McHale, Esquire
                                      ID:  47613
                                      Attorney for Trustee
                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      Suite A, 8125 Adams Drive
                                      Hummelstown, PA 17036
                                      Phone:  (717) 566-6097
                                      email:  amchale@pamd13trustee.com

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:    MARY JANE WALSH
          MARY WALSH, MARY J. WALSH

                                          Debtor(s)
                                                          CHAPTER 13

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                              Movant
          vs.
          MARY JANE WALSH                 CASE NO: 5-23-00760-MJC
          MARY WALSH, MARY J. WALSH

                                          Respondent(s)


## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion.  Any matters not resolved shall be heard at the dismissal hearing.

Date:     September 19, 2024
Time:     10:00 AM
          U.S. Bankruptcy Court
          Max Rosenn U.S. Courthouse
          197 S. Main Street
          Wilkes Barre, PA   18701

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.  You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
       **AMOUNT DELINQUENT AS OF LAST MONTH:  $ 2823.00**
       **AMOUNT DUE FOR THIS MONTH:  $941.00**
       **TOTAL AMOUNT DUE BEFORE HEARING DATE:  $3764.00**

**NOTE:**
   **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM.  NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

**DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to**:**

**CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:    August 9, 2024

/s/  Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  info@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In Re:   MARY JANE WALSH
          MARY WALSH, MARY J. WALSH

                     Debtor(s)
                                              CHAPTER 13

          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                     Movant
vs.
MARY JANE WALSH                    CASE NO: 5-23-00760-MJC
MARY WALSH, MARY J. WALSH

                    Respondent(s)

## <u>CERTIFICATE OF SERVICE</u>

I certify that I am more than 18 years of age and that on August 9, 2024, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

TULLIO DeLUCA, ESQUIRE                UNITED STATES TRUSTEE
381 N 9TH AVENUE                      1501 NORTH 6TH STREET
SCRANTON PA  18504-                   PO BOX 302
                                         HARRISBURG PA  17102

<u>SERVED BY FIRST CLASS MAIL</u>

MARY JANE WALSH
60 N. GRANT STREET
WILKES-BARRE  PA   18702

I certify under penalty of perjury that the foregoing is true and correct.

Date:  August 9, 2024             /s/  Tammy Life
                              Office of the Standing Chapter 13 Trustee
                              Jack N. Zaharopoulos
                              Suite A, 8125 Adams Dr.
                              Hummelstown, PA  17036
                              Phone:  (717) 566-6097
                              email: info@pamd13trustee.com

IN RE:    MARY JANE WALSH
          AKA: MARY WALSH, MARY J.
          WALSH

                                              CHAPTER 13

              Debtor(s)


          JACK N. ZAHAROPOULOS
          CHAPTER 13 TRUSTEE
                Movant                        CASE NO: 5-23-00760-MJC


          vs.


          MARY JANE WALSH
          AKA: MARY WALSH, MARY J.
          WALSH


### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.  The Court retains jurisdiction to rule on any timely filed fee application.