United States Bankruptcy Court

Middle District of Pennsylvania

In re:     Case No. 23-00760-MJC

Mary Jane Walsh     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 01, 2024     Form ID: ordsmiss     Total Noticed: 21

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mary Jane Walsh, 60 N. Grant Street, Wilkes-Barre, PA 18702-5208 |
| 5532488 | + | AT&T, 1291 Commerce Ave, Atwater, CA 95301-5223 |
| 5532494 | + | Luzerne County Tax Claim Bureau, c/o Elite Revenue, 200 N. River St., Wilkes-Barre, PA 18711-1004 |
| 5532499 | + | Wyoming Valley Sanitary Auth, P.O. Box 33A, 1000 Wilkes-Barre Street, Wilkes-Barre, PA 18711-1002 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | Nov 01 2024 18:33:29 | SN Servicing Corporation as servicer for Bonifera,, Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 5532487 | ^ | MEBN | Nov 01 2024 18:33:11 | Alliance One, 3043 Walton Road, Suite 201, Plymouth Meeting, PA 19462-2389 |
| 5559999 | ^ | MEBN | Nov 01 2024 18:33:43 | Bonifera, LLC, c/o Land Home Financial Services, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704, Bonifera, LLC, c/o Land Home Financial Services 92704-7915 |
| 5559998 | ^ | MEBN | Nov 01 2024 18:33:43 | Bonifera, LLC, c/o Land Home Financial Services, 3611 South Harbor Blvd Suite 100, Santa Ana, CA 92704-7915 |
| 5541482 | + | Email/Text: bknotices@snsc.com | Nov 01 2024 18:37:00 | Bonifera, LLC, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 5532491 | | Email/Text: correspondence@credit-control.com | Nov 01 2024 18:37:00 | Credit Control, 3300 Rider Trail S., Suite 500, Earth City, MO 63045 |
| 5532490 | + | EDI: CAPITALONE.COM | Nov 01 2024 22:35:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5536381 | | EDI: CAPITALONE.COM | Nov 01 2024 22:35:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5532492 | | EDI: PHINGENESIS | Nov 01 2024 22:35:00 | Indigo, Bankcard Services, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5532493 | ^ | MEBN | Nov 01 2024 18:33:29 | Kia Finance America, 10550 Talbert Avenue, Fountain Valley, PA 92708-6031 |
| 5532495 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2024 18:37:00 | Midland Credit Management, 350 Camino Del La Reina, Suite 100, San Diego, CA 92108-3007 |
| 5541479 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 01 2024 18:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5532496 | + | Email/Text: ngisupport@radiusgs.com | Nov 01 2024 18:37:00 | Radius Global Solutions, LLC, 7831 Glenroy Rd., Suite 250, Minneapolis, MN 55439-3117 |
| 5532489 | + | Email/Text: bankruptcy@self.inc | | |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | Nov 01 2024 18:37:00 | Atlantic Capital Bank Self, 515 Congress Ave., Suite 2200, Austin, TX 78701 |
| 5532497 | + | Email/Text: bknotices@snsc.com | Nov 01 2024 18:37:00 | SN Servicing Corp., 323 Fifth Street, PO Box 35, Eureka, CA 95502-0035 |
| 5532498 | + | Email/Text: bankruptcy@springoakscapital.com | Nov 01 2024 18:37:00 | Spring Oaks Caital, 1400 Crossways Blvd., Suite 100 B, Chesapeake, VA 23320-0207 |
| 5545109 | | EDI: AIS.COM | Nov 01 2024 22:35:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Land Home Financial Services, Inc. |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2024         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Bonifera LLC bkgroup@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor SN Servicing Corporation as servicer for Bonifera  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor SN Servicing Corporation as servicer for Bonifera  LLC bkecf@friedmanvartolo.com, ecfmail@ecf.courtdrive.com |
| Tullio DeLuca | on behalf of Debtor 1 Mary Jane Walsh tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Mary Jane Walsh,<br>aka Mary J. Walsh, aka Mary Walsh, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:23−bk−00760−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*/s/ Mark J. Conway*

Mark J. Conway, United States Bankruptcy Judge

Dated: November 1, 2024

ordsmiss (05/18)